NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RAYMOND SIERRA,                          )
                                         )
        Appellant,                       )
                                         )
v.                                       )        Case No. 2D17-3033
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                        )
                                         )
_____      )

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.